# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LARRY McLAUGHLIN, | ) | NO. EDCV 03-00154-SGL (MAN) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| JIM HAMLET, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Accepting and Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 1-10-08

STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE